## File Hashes for IP Address 71.64.192.217

**ISP:** Time Warner Cable
**Physical Location:** Hamilton, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/30/2014 16:31:19 | 05722EC7AA8E778D30B69AA2AC54C61F03FD1A31 | Russian Connection |
| 03/15/2014 13:07:33 | D47073F1CC0BE0152CDB2830B62CFA814F8A1EEE | Black and White |
| 03/15/2014 10:31:12 | 65E7F4F0559191FC09B4D95A91E54F6ED6004005 | All Oiled Up |
| 02/08/2014 05:09:05 | 003B01A586277D4CC66FA2A2D55B3989A4955A78 | Submissive Seduction |
| 02/05/2014 21:43:52 | A43FA88766B104DA601190E070A189FB9D446402 | Three Way is the Best Way |
| 02/05/2014 16:18:59 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |
| 02/01/2014 12:49:37 | 4BFF45E3A7511EEECB5262E9072421C7301DDC1D | Risky Business |
| 01/24/2014 00:52:26 | E25E4A437269B4758B9A6C105C99315E4C2FAD9D | Get Wild at Home |
| 01/18/2014 23:14:55 | A9714CCB586515863FCFA5AFA570FBDEFAC1C62F | Season of Love |
| 01/17/2014 14:46:16 | 90051F4F8BF4E74DB827E0F2127942EA9932EB9B | Mile High Club |
| 01/15/2014 21:48:27 | 78EBE17E786A738868BB24DD0A62170F717EEE3B | I Will See You In The Morning |
| 01/13/2014 11:26:29 | C5F7CFA8BEA5DD707C8015BC46E52D5A57C86637 | Playing Dress Up |
| 01/13/2014 11:21:05 | 1C0AC43498CE3D3F6C87ADF451AB6C85F4D303F7 | A Christmas Story |
| 01/11/2014 04:26:27 | F97675DF7D2A5F03E84DB6AE26C335C2963E363F | Getting Ready For You |
| 01/06/2014 21:33:28 | 185DBF8520702D7E84EBEF4261360E1DA2185F29 | In for the Night |
| 12/21/2013 00:23:41 | C480E587A980ACC1BA8D9E618706A99009E91D11 | Fantasy Come True |
| 12/08/2013 15:57:23 | B4C14CD2E96888C11B46C1C688585DACF59ED5B4 | Good Night Kiss |
| 11/16/2013 16:44:40 | DB8DC83A365F22DEFEBDA8FAFF48F3436CEE2B72 | We Love Ourselves |
| 11/16/2013 11:07:11 | 9C9C57F51775F6799359E29218E595C1A378E3CA | This Really Happened |
| 11/13/2013 02:02:21 | F64575C16061C9F1F8DE4CE8B9E23C9D991C023B | Falling For You |

**Total Statutory Claims Against Defendant: 20**

EXHIBIT A

SOH30