**Copyrights-In-Suit for IP Address 71.64.192.217**

**ISP:** Time Warner Cable
**Location:** Hamilton, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 01/13/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/15/2014 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/15/2014 |
| Falling For You | PA0001846097 | 05/14/2013 | 06/16/2013 | 11/13/2013 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 12/21/2013 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 01/24/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/11/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/08/2013 |
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 01/15/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/06/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/17/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 02/05/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/13/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/01/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 03/30/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/18/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/08/2014 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 11/16/2013 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/05/2014 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 11/16/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  20**

EXHIBIT B

SOH30