## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Civil Action No. 1:14-cv-00414-TSB

JOHN DOE, subscriber assigned IP address
71.64.192.217,

        Defendant.

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 71.64.192.217. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 11, 2014

                                        Respectfully submitted,

                                        By:   /s/ *Yousef M. Faroniya*
                                        Yousef M. Faroniya
                                        yousef@YMFincorporated.com
                                        YMF Inc.: The Law Office of Yousef M. Faroniya
                                        84 S. 4th Street
                                        Columbus, OH 43215
                                        Phone: 614-360-1855
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By: /s/ *Yousef M. Faroniya*
                                      Yousef M. Faroniya